# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

MATTHEW SMITH                                                          PLAINTIFF

V.                              CASE NO.  5:19-CV-05209

SHERIFF SHAWN HOLLOWAY,
Benton County, Arkansas; and
DEPUTY COBB                                                          DEFENDANTS

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*  Plaintiff is incarcerated in the Benton County Detention Center.

By Order (Doc. 3) entered on November 4, 2019, Plaintiff was directed to file an amended complaint.  The amended complaint was to be filed by November 30, 2019. Plaintiff was advised that failure to comply with the Order "shall" result in the dismissal of the case.

To date, Plaintiff has not filed an amended complaint.  Plaintiff has not sought an extension of time to comply with the Order.  No mail has been returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court.  Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)).  Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order."  *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added).  Additionally, Rule 5.5(c)(2) of the Local Rules

for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

Therefore, pursuant to Rule 41(b), this case should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute the case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2).  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 5th day of December, 2019.


/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE